George Tacticos (State Bar No. 60089)
MORGAN & FINNEGAN, LLP
44 Montgomery Street
Suite 2550
San Francisco, CA 94104
Telephone No.: (415) 318-8800
Facsimile No.: (415) 676-5816
gtacticos@morganfinnegan.com

ATTORNEYS FOR PLAINTIFF TRANS VIDEO ELECTRONICS, LTD.
[Additional Counsel for Plaintiff appears on Signature Page]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

TRANS VIDEO ELECTRONICS, LTD.,
an Indiana Corporation, and

   Plaintiff,

   v.

THE DIRECTV GROUP, INC.,
a Delaware Corporation,

DIRECTV Holdings LLC
a Delaware Corporation,

   Defendants.

C 07 4125 EMC

COMPLAINT FOR PATENT INFRINGEMENT

DEMAND FOR JURY TRIAL

PLAINTIFF TRANS VIDEO ELECTRONICS, LTD.'s
COMPLAINT FOR PATENT INFRINGEMENT

THE PARTIES

1.   Plaintiff Trans Video Electronics, Ltd. (hereinafter "Trans Video") is a corporation incorporated under the laws of the State of Indiana and has its principal place of business at 4115 Wisconsin Ave., NW, Suite 208, Washington, DC 20016.

2.   Upon information and belief, Defendant The DIRECTV Group, Inc. ("DTVG") is a Delaware corporation with a principal place of business at 2230 East Imperial Highway, El Segundo, CA 90245. Upon information and belief, Defendant DIRECTV Holdings

LLC ("DTVH"), a unit of DTVG, is a Delaware corporation with its principal place of business at 2230 East Imperial Highway, El Segundo, CA 90245. The DIRECTV entities, referred to above, are collectively referred to hereinafter as "DIRECTV."

3. Upon information and belief, Defendant DIRECTV makes, uses, offers for sale, sells and/or imports into the United States digital satellite television products and processes, including portable satellite receiving systems, such as the DIRECTV SAT-GO ("Satellite-To-Go") portable satellite antenna, receiver, and television system.

**JURISDICTION AND VENUE**

4. This action arises under the laws of the United States, more specifically under 35 U.S.C. § 100, *et seq*. Subject matter jurisdiction is proper in this Court pursuant to 28 U.S.C. §§ 1331 and 1338.

5. Upon information and belief, DIRECTV transacts business in this judicial district, including the sale and offering for sale of its products, and DIRECTV has sufficient contacts with this judicial district to subject itself to the jurisdiction of this Court. Personal jurisdiction and venue is proper in this Court pursuant to 28 U.S.C. §§ 1391 and 1400.

**COUNT 1: INFRINGEMENT OF U.S. PATENT NO. 5,903,621**

6. Trans Video Electronics, Ltd. incorporates by reference the allegations set forth in the preceding paragraphs.

7. On May 11, 1999, United States Patent No. 5,903,621 ("the '621 patent") was duly and legally issued. A true and correct copy of the '621 patent is attached hereto as Exhibit A. Trans Video Electronics, Ltd. is the assignee and the owner of all right, title and interest in and to the

'621 patent. The assignment is recorded at reel 6691 and frame 229. The '621 patent is entitled to a presumption of validity.

8. DIRECTV has committed, actively induced and contributed to the infringement of the '621 patent. DIRECTV continues to commit, actively induce and contribute to the infringement of the '621 patent.

9. Specifically, DIRECTV's making, using, offering for sale, selling and/or importing into the United States of certain of its digital satellite television products including the DIRECTV SAT-GO portable satellite antenna, receiver, and television system directly infringes Trans Video's '621 patent. By DIRECTV's acts of making, using, offering for sale, selling, importing, marketing, supporting and advertising said portable digital satellite television product, DIRECTV is actively inducing the infringement of the '621 patent and contributing to the infringement of the '621 patent.

10. On information and belief, DIRECTV has been on notice of the '621 patent and its infringement, and has not ceased its infringing activities. DIRECTV's infringement of the '621 patent has been and continues to be willful and deliberate making this an exceptional case within the meaning of 35 U.S.C. §285.

11. Trans Video has been irreparably harmed by DIRECTV's acts of infringement of the '621 patent, and will continue to be harmed unless and until DIRECTV's acts of infringement are enjoined and restrained by order of this Court.

12. As a result of DIRECTV's acts of infringement, Trans Video has suffered and will continue to suffer damages in an amount to be proven at trial.

## PRAYER FOR RELIEF

WHEREFORE, Trans Video requests this Court enter judgment as follows:

    A.    That DIRECTV has infringed the '621 patent;

    B.    That such infringement has been willful;

    C.    That DIRECTV accounts for and pays to Trans Video all damages caused by the infringement of the '621 patent;

    D.    That this is an exceptional case under 35 U.S.C. §285 and awarding Trans Video all of their reasonable attorneys' fees and expenses, including for all appeals;

    E.    That Trans Video receive treble damages by reason of DirecTV's willful and deliberate infringement, together with interest and costs;

    F.    That Trans Video be granted pre-judgment and post-judgment interest on the damages caused to it by reason of DIRECTV infringement of the '621 patent, including pre-judgment and post-judgment interest on any enhanced damages or attorneys' fees award;

    G.    That DIRECTV, its agents, employees, representatives, successors and assigns, and those acting in privity or in concert with them, be preliminarily and permanently enjoined from further infringement of the '621 patent; and

    H.    That Trans Video be granted such other and further relief as the Court may deem just and proper under the circumstances.

## DEMAND FOR JURY TRIAL

Trans Video hereby demands a trial by jury on all issues.

| | | |
|---|---|---|
| 1 | Dated: _Aug. 10, 2007_ | Respectfully submitted, |
| 2 | | |
| 3 | | |
| 4 | | _____ |
| | | George Tacticos |
| 5 | | MORGAN & FINNEGAN, LLP |
| | | 44 Montgomery Street, Suite 2550 |
| 6 | | San Francisco, CA 94104 |
| | | Phone: (415) 318-8800 |
| 7 | | Fax:   (415) 676-5816 |
| | | gtacticos@morganfinnegan.com |
| 8 | | |
| | | ATTORNEYS FOR PLAINTIFF TRANS VIDEO ELECTRONICS, LTD. |

9  OF COUNSEL:

10  John F. Sweeney
    jfsweeney@morganfinnegan.com
11  MORGAN & FINNEGAN, LLP
    3 World Financial Center
12  New York, NY 10281-2101
    Phone: (212) 415-8700
13  Fax:   (212) 415-8701

1082099 v1

-5-

COMPLAINT FOR PATENT INFRINGEMENT