UNITED STATES DISTRICT COURT

Northern District of California

E-filing

Trans Video Electronics, Ltd.
an Indiana Corporation,

          Plaintiff(s),

v.

The DirecTV Group, Inc.
And
DirecTV Holdings, LLC

          Defendant(s).

CASE NO. C-07-4125 (EMC)

~~(Proposed)~~
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

John Francis Sweeney, an active member in good standing of the bar of USDC, Southern District Of New York whose business address and telephone number (particular court to which applicant is admitted) is

Morgan & Finnegan, LLP, 3 World Financial Center, New York, NY 10281-2101
Telephone: (212) 415-8525 and Facsimile: (212) 415-8701

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Plaintiff Trans Video Electronics, Ltd.

    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: August 20, 2007

Edward M. Chen
U. S. Magistrate Judge