UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

TransVideo Electronics, Ltd.

        Plaintiff(s),

v.

The DirecTV Group, Inc. And
DirecTV Holdings, LLC
        Defendant(s).
_____/

Case No. C-07-4125 EMC

ADR CERTIFICATION BY PARTIES
AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 10/15/07

Dated: 10/15/07

/S/ Chuck Djurovich
[Party] Vice President,
TransVideo Electronics,
Ltd. Plaintiff

[Counsel] John F. Sweeney,
Counsel For Plaintiff
TransVideo Electronics,
Ltd.

1  I, JOHN F. SWEENEY, am the ECF user whose ID and password are being used to file
2  this ADR CERTIFICATION BY PARTIES AND COUNSEL. In compliance with General Order 45, X.B., I
3  hereby attest that CHUCK DJUROVICH has concurred in this filing
4
5
6  Dated: October 15, 2007                 By:   JOHN F. SWEENEY
                                                  GEORGE TACTICOS
7                                                 MORGAN & FINNEGAN, LLP
8
                                                   /S/ JOHN F. SWEENEY
9
                                                  Attorneys For Plaintiff
10                                                TransVideo Electronics, Ltd.

- 1 -
ADR Certification By Parties And Counsel
Case No. C-07-04125 EMC