UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Trans Video Electronics, Ltd.

CASE NO. C-07-4125 EMC

Plaintiff(s),

v.

NOTICE OF NEED FOR ADR PHONE CONFERENCE

The DirecTV Group, Inc. And
DirecTV Holdings, LLC

Defendant(s).
_____/

Counsel report that they have met and conferred regarding ADR and that they:

✓ have not yet reached an agreement to an ADR process
✓ request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference November 14, 2007

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| John F. Sweeney | Trans Video Electronics, Ltd. | (212) 415-8525 | jfsweeney@morganfinnegan.com |
| Serge Kolmykov | Trans Video Electronics, Ltd. | (212) 415-8583 | skolmykov@morganfinnegan.com |
| George Tacticos | Trans Video Electronics, Ltd. | (415) 318-8800 | gtacticos@morganfinnegan.com |
| Alexander Pilmer | The DirecTV Group, Inc. and DirecTV Holdings, LLC | (213) 680-8405 | apilmer@kirkland.com |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated: 10/24/07

Dated: 10/24/07

/s/ John F. Sweeney
Attorney for Plaintiff

Attorney for Defendant

Rev 12.05

1  I, JOHN F. SWEENEY, am the ECF user whose ID and password are being used to file
2  this JOINT NOTICE OF NEED FOR ADR PHONE CONFERENCE.  In compliance with General Order 45,
3  X.B., I hereby attest that ALEXANDER PILMER has concurred in this filing.
4
5
6  Dated:  October 24, 2007                By:    JOHN F. SWEENEY
                                                  GEORGE TACTICOS
7                                                 MORGAN & FINNEGAN, LLP
8                                                 /s/ JOHN F. SWEENEY
9                                         Attorneys For Plaintiff
10                                        TransVideo Electronics, Ltd.

1102464 v1