R. Alexander Pilmer (S.B.N. 166196)
apilmer@kirkland.com
Marc H. Cohen (S.B.N. 168773)
mcohen@kirkland.com
KIRKLAND & ELLIS LLP
777 South Figueroa Street
Los Angeles, California  90017
Telephone:     (213) 680-8400
Facsimile:      (213) 680-8500

Attorneys for Defendants
THE DIRECTV GROUP, INC.,
DIRECTV HOLDINGS LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TRANSVIDEO ELECTRONICS, LTD.,<br><br>            Plaintiff,<br><br>      vs.<br><br>THE DIRECTV GROUP, INC., DIRECTV HOLDINGS LLC.,<br><br>            Defendants. | Case No. C 07-4125 (EMC)<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned parties hereby decline to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby request the reassignment of this case to a United States District Judge.

Declination To Proceed Before A Magistrate Judge                                Case No. C 07-4125 (EMC)

| | | |
|---|---|---|
| 1 | Dated: November 6, 2007 | KIRKLAND & ELLIS LLP |
| 2 | | |
| 3 | | |
| 4 | | By: ____/s/_____ |
| 5 | | R. Alexander Pilmer |
| 6 | | Attorneys for Defendants |
| 7 | | THE DIRECTV GROUP, INC., DIRECTV HOLDINGS LLC |