UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TRANSVIDEO ELECTRONICS, LTD.,

    Plaintiff,

v.

THE DIRECTV GROUP, INC., et al.,

    Defendants.
_____/

Case No. 07-4125 EMC

**NOTICE OF IMPENDING REASSIGNMENT TO**
**A UNITED STATES DISTRICT COURT JUDGE**

    The Clerk of this Court will now randomly reassign this case to a United States District Judge because either:

    ( x )    One or more of the parties has requested reassignment to a United States District Judge or has not consented to the jurisdiction of a United States Magistrate Judge, or

    ( )    One or more of the parties has sought a type of judicial action (e.g., a temporary restraining order) that a United States Magistrate Judge may not take without the consent of all parties, the necessary consents have not been secured, and time is of the essence.

Any matters presently set before Magistrate Judge Chen, will be taken off calendar and counsel and/or parties are to contact the courtroom deputy for the reassigned district judge for a new date.

Dated: November 7, 2007

Richard W. Wieking, Clerk
United States District Court

_____
By: Betty Fong, Deputy Clerk