1  R. Alexander Pilmer (S.B.N. 166196)
   apilmer@kirkland.com
2  Marc H. Cohen (S.B.N. 168773)
   mcohen@kirkland.com
3  KIRKLAND & ELLIS LLP
   777 South Figueroa Street
4  Los Angeles, California  90017
   Telephone:     (213) 680-8400
5  Facsimile:     (213) 680-8500

6  Attorneys for Defendants
   THE DIRECTV GROUP, INC.,
7  DIRECTV HOLDINGS LLC

8

9
                    UNITED STATES DISTRICT COURT
10
                    NORTHERN DISTRICT OF CALIFORNIA
11
                    SAN FRANCISCO DIVISION
12

13

14  TRANSVIDEO ELECTRONICS, LTD.,           Case No. C 07-04125 (PJH)

15              Plaintiff,

16        vs.
                                            **NOTICE OF APPEARANCE OF COUNSEL
17  THE DIRECTV GROUP, INC., DIRECTV        FOR DEFENDANTS THE DIRECTV
    HOLDINGS LLC,                           GROUP, INC., AND DIRECTV HOLDINGS
18                                          LLC**
                Defendants.
19

20

21

22        Notice is hereby given that Marc H. Cohen of Kirkland & Ellis LLP enters his appearance on

23  behalf of Defendants The DIRECTV Group, Inc., and DIRECTV Holdings LLC, in this matter as

24  additional counsel.

25        Marc H. Cohen may receive all communications from the Court and from other parties at

26  Kirkland & Ellis LLP, 777 South Figueroa, Suite 3700, Los Angeles, California 90017; Telephone:

27  (213) 680-8400; Facsimile: (213) 680-8500.

28

Notice of Appearance                                              Case No. C 07-04125 (PJH)

| | | |
|---|---|---|
| 1 | Dated: November 9, 2007 | KIRKLAND & ELLIS LLP |

4    By: _____/s/_____

5    Marc H. Cohen

6    Attorneys for Defendants
     THE DIRECTV GROUP, INC.,
7    DIRECTV HOLDINGS LLC