1    R. Alexander Pilmer (CA Bar No. 166196)
     Marc H. Cohen (CA Bar No. 168773)
2    KIRKLAND & ELLIS LLP
     777 S. Figueroa Street
3    Los Angeles, CA  90017
     Telephone:  (213) 680-8400
4    Facsimile:  (213) 680-8500
     apilmer@kirkland.com
5    mcohen@kirkland.com

6    Attorneys for Defendants and Counterclaimants
     THE DIRECTV GROUP, INC. and
7    DIRECTV HOLDINGS LLC

8

                    **UNITED STATES DISTRICT COURT**
9
                    **NORTHERN DISTRICT OF CALIFORNIA**
10
                    **SAN FRANCISCO DIVISION**
11

12   Trans Video Electronics, Ltd., an Indiana          CASE NO. C07-4125 (PJH)
     Corporation,
13
                                                        **THE DIRECTV GROUP, INC.'S AND**
            Plaintiff,                                  **DIRECTV HOLDINGS LLC'S RULE 7.1**
14                                                      **DISCLOSURE STATEMENT AND L.R. 3-16**
            v.                                          **CERTIFICATION AS TO INTERESTED**
15                                                      **PARTIES**

     The DIRECTV Group, Inc., a Delaware
16   Corporation; and DIRECTV Holdings LLC, a
     Delaware Corporation,
17
            Defendants.
18

19   The DIRECTV Group, Inc., a Delaware
     Corporation; and DIRECTV Holdings LLC, a
20   Delaware Corporation

21          Counterclaimants,

22          v.

23
     Trans Video Electronics, Ltd., an Indiana
24   Corporation,

25          Counter-defendant.

26

27

28

1

2         Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3-16 the undersigned counsel

3    of record for Defendants The DIRECTV Group, Inc. and DIRECTV Holdings LLC certify that the

4    following listed persons, firms, partnerships, corporations (including parent corporations) or other

5    entities (i) have a financial interest in the subject matter of the controversy or in a party to the

6    proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be

7    substantially affected by the outcome of this proceeding.  These representations are made to enable

8    the Court to evaluate possible disqualification or recusal.

9         1.    Fox Entertainment Group, Inc. owns more than 10% of The DIRECTV Group, Inc.'s

10   stock, which is publicly traded.

11        2.    News Corporation, whose stock is also publicly traded, is the parent corporation of

12   Fox Entertainment Group, Inc.

13        3.    The DIRECTV Group, Inc. owns 100% of the membership interests in DIRECTV

14   Holdings LLC.

15

16   Dated:  November 13, 2007              KIRKLAND & ELLIS LLP

17

18

19                                         By:_____/s/_____
                                           R. Alexander Pilmer

20
                                           Attorneys for Defendant and Counterclaimants
21                                         THE DIRECTV GROUP, INC. and
                                           DIRECTV HOLDINGS LLC
22

23

24

25

26

27

28

-2-    THE DIRECTV GROUP, INC.'S AND DIRECTV
HOLDINGS LLC'S RULE 7.1 DISCLOSURE
STATEMENT AND L.R. 3-16 CERTIFICATION
AS TO INTERESTED PARTIES - C07-4125 (PJH)

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing document entitled **THE DIRECTV GROUP, INC.'S RULE 7.1 DISCLOSURE STATEMENT AND L.R. 3-16 CERTIFICATION AS TO INTERESTED PARTIES** was filed electronically in compliance with Local Rule 5-3.  As such, this notice was served on all counsel who have consented to electronic service pursuant to Local Rule 5-4.  Pursuant to Fed. R. Civ. P. 5 (b)(2)(A) and Local Rule 5-4, all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by First Class U.S. Mail on November 13, 2007.

_____/s/_____

R. Alexander Pilmer
