John F. Sweeney (appearance *pro hac vice*)
MORGAN & FINNEGAN, LLP
3 World Financial Center
New York, NY 10281-2101
Telephone: (212) 415-8700
Facsimile: (212) 415-8701
jsweeney@morganfinnegan.com

George Tacticos (State Bar No. 60089)
MORGAN & FINNEGAN, LLP
44 Montgomery Street
Suite 2550
San Francisco, CA 94104
Telephone No.: (415) 318-8800
Facsimile No.: (415) 676-5816
*gtacticos@morganfinnegan.com*

ATTORNEYS FOR PLAINTIFF TRANS VIDEO ELECTRONICS, LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TRANS VIDEO ELECTRONICS, LTD., an Indiana Corporation,<br><br>　　Plaintiff,<br><br>　　v.<br><br>THE DIRECTV GROUP, INC., a Delaware Corporation; and DIRECTV HOLDINGS LLC, a Delaware Corporation,<br><br>　　Defendants. | Case No. C-07-4125 (PJH)<br><br>**PLAINTIFF'S REPLY TO DEFENDANTS' COUNTERCLAIMS FOR DECLARATORY JUDGMENT OF NON-INFRINGEMENT AND INVALIDITY**<br><br>Hon. Phyllis J. Hamilton |
| The DIRECTV GROUP, INC., a Delaware Corporation; and DIRECTV HOLDINGS LLC, a Delaware Corporation<br><br>　　Counterclaimants,<br><br>　　v.<br><br>TRANS VIDEO ELECTRONICS, LTD., an Indiana Corporation,<br><br>　　Counter-Defendant. | |

## PLAINTIFF TRANS VIDEO ELECTRONICS'
## REPLY TO DEFENDANTS' COUNTERCLAIMS

Plaintiff and Counterclaim Defendant, Trans Video Electronics, Ltd. (hereinafter "Plaintiff and Counterclaim Defendant Trans Video"), reply to counterclaims of Defendants and Counterclaimants The DIRECTV Group, Inc. and DIRECTV Holdings LLC (collectively "DIRECTV"), as follows:

### NATURE OF THIS ACTION

1. Plaintiff and Counterclaim Defendant Trans Video admits jurisdiction and that an actual controversy exists between Plaintiff Trans Video and DIRECTV Defendants, but Plaintiff Trans Video denies each and every remaining allegation of paragraph 1. Further, Plaintiff Trans Video asserts that the '621 patent IS valid, enforceable and infringed by DIRECTV Defendants.

### THE PARTIES

2. Plaintiff and Counterclaim Defendant Trans Video lacks sufficient information to admit or deny the allegations in this paragraph and on that basis denies the allegations in this paragraph.

3. Plaintiff and Counterclaim Defendant Trans Video admits that Trans Video Electronics Ltd. is a corporation organized and existing under the laws of the State of Indiana having its principle place of business at 4115 Wisconsin Avenue, NW, Suite 208, Washington, DC 20016.

4. Plaintiff and Counterclaim Defendant Trans Video admits this Court's jurisdiction.

5. Plaintiff and Counterclaim Defendant Trans Video admits subject matter jurisdiction.

6. Plaintiff and Counterclaim Defendant Trans Video admits venue.

### FIRST CLAIM FOR RELIEF

7. Plaintiff and Counterclaim Defendant Trans Video hereby incorporates the allegations, admissions, and denials set forth in Paragraphs 1 through 6 above as if fully set forth herein.

8. Plaintiff and Counterclaim Defendant Trans Video admits that an actual controversy has arisen and now exists between Plaintiff Trans Video and DIRECTV Defendants.

9. Plaintiff and Counterclaim Defendant Trans Video denies the allegations of paragraph 9.

10. Plaintiff and Counterclaim Defendant Trans Video denies the allegations of paragraph 10.

### SECOND CLAIM FOR RELIEF

11. Plaintiff and Counterclaim Defendant Trans Video hereby incorporates the allegations, admissions, and denials set forth in Paragraphs 1 through 10 above as if fully set forth herein.

12. Plaintiff and Counterclaim Defendant Trans Video admits that an actual controversy has arisen and now exists between Plaintiff Trans Video and DIRECTV Defendants.

13. Plaintiff and Counterclaim Defendant Trans Video denies the allegations of paragraph 13.

14. Plaintiff and Counterclaim Defendant Trans Video denies the allegations of paragraph 14.

### ANSWER TO PRAYER FOR RELIEF

With respect to DIRECTV Defendants and Counterclaimants Prayer for Relief, Plaintiff and Counterclaim Defendant Trans Video denies that DIRECTV Defendants are entitled to any of the relief prayed for in Paragraphs A through E of the Prayer for Relief, or to any other relief.

## AFFIRMATIVE DEFENSE

DIRECTV Defendants have failed to state a claim on which relief can be granted.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs request that this Honorable Court:

1. Deny that DIRECTV Defendants are entitled to any of the relief or demands set forth in their Answer, Affirmative Defenses and Counterclaims, or to any other relief;

2. Dismiss the Counterclaims in their entirety with prejudice and adjudge that Defendants are not entitled to any of the relief sought, or any other relief, on their Counterclaims;

3. Adjudge and declare that the '621 patent is valid and enforceable;

4. Adjudge and declare that the '621 patent is infringed literally and/or under the doctrine of equivalents;

5. Award Plaintiff Trans Video all the relief prayed for in the Complaint, or any other and further relief this Court deems just and proper; and

6. Award Plaintiff Trans Video's reasonable attorney fees, costs and all other relief this Court deems just and proper.

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: 12/03/07 | By: /S/ John F. Sweeney |
| 3 | | John F. Sweeney (appearance *pro hac vice*) |
| | | MORGAN & FINNEGAN, LLP |
| 4 | | 3 World Financial Center |
| | | New York, NY 10281-2101 |
| 5 | | Telephone: (212) 415-8700 |
| | | Facsimile: (212) 415-8701 |
| 6 | | jsweeney@morganfinnegan.com |

George Tacticos
MORGAN & FINNEGAN, LLP
44 Montgomery Street, Suite 2550
San Francisco, CA 94104
Telephone: (415) 318-8800
Facsimile: (415) 676-5816
*gtacticos@morganfinnegan.com*

*ATTORNEYS FOR PLAINTIFF TRANS VIDEO ELECTRONICS, LTD.*