# KIRKLAND & ELLIS LLP

AND AFFILIATED PARTNERSHIPS

777 South Figueroa Street
Los Angeles, California 90017

R. Alexander Pilmer
To Call Writer Directly:
213 680-8405
apilmer@kirkland.com

(213) 680-8400

www.kirkland.com

Facsimile:
(213) 680-8500

December 11, 2007

**VIA OVERNIGHT MAIL**

The Honorable Phyllis J. Hamilton
United States District Court
Courtroom 3, 17th Floor
450 Golden Gate Ave.
San Francisco, CA 94102

     *Re :* *Trans Video Electronics, Ltd. v. The DIRECTV Group, Inc. et al.*
       *Case No. C 07 4125 PJH*

Dear Judge Hamilton:

  We write to advise you that since the parties submitted their Joint Status Conference Statement last week, the parties have agreed to pursue a private mediation. The parties have selected Judge Daniel Weinstein to preside over the mediation, and Judge Weinstein has scheduled the mediation for February 8, 2008. The parties have conferred regarding the joint schedule they previously proposed, and in light of the scheduled mediation, the parties jointly request that all discovery be stayed until after the mediation.

  We look forward to discussing this with you at the Status Conference on Thursday, December 13th at 2:30.

Sincerely,

R. Alexander Pilmer
Counsel for Defendants
The DIRECTV Group, Inc.,
DIRECTV Holdings LLC

RAP/gkl
cc: John Sweeney, Esq.
   Morgan & Finnegan, LLP
   Counsel For Plaintiff
   Trans Video Electronics, Ltd.

Chicago Hong Kong London Munich New York San Francisco Washington, D.C.

K&E 12290225.