UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CIVIL MINUTES**

**Date:** December 13, 2007                                **JUDGE:** Phyllis J. Hamilton

**Case No:** C-07-4125 PJH

**Case Name:** Trans Video Electronics, LTD v. The Direct TV Group, Inc., et al.

**Attorney(s) for Plaintiff:**     John F. Sweeney; Sergey Kolmykov; George Tacticos
**Attorney(s) for Defendant:**     R. Alexander Pilmer

**Deputy Clerk**: Nichole Heuerman            **Court Reporter**: Not Reported

**PROCEEDINGS**

    Initial Case Management Conference-Held.  The parties request to stay discovery until completion of private mediation is granted by the court.  Private mediation to take place by 2/8/08.  The court will defer entering a case schedule until parties complete mediation.  A further case management conference is set for 2/21/08 at 2:30 p.m.  No further case management conference statement needs to be filed.

**Order to be prepared by:**   [] Pl [] Def  []  Court

**Notes:**

**cc:** file