UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TRANS VIDEO ELECTRONICS, LTD.,

    Plaintiff(s),                      No. C 07-4125 PJH

    v.                                 **CLERK'S NOTICE**

THE DIRECTV GROUP, INC., et al.,

    Defendant(s).

_____/

    YOU ARE HEREBY NOTIFIED that on **March 6, 2008** at **2:30 p.m.**, in Courtroom No. 3 on the 17th floor of the Federal Building, 450 Golden Gate Avenue, San Francisco, California, the HONORABLE PHYLLIS J. HAMILTON will conduct the Further Case Management Conference **previously noticed for** February 21, 2008, in this matter. The further case management conference will be vacated upon the filing of a stipulated dismissal.

Richard W. Wieking
Clerk, U.S. District Court

by:_____
Nichole Heuerman, Deputy Clerk
Honorable Phyllis J. Hamilton
(415) 522-2023

Dated: February 11, 2008