# KIRKLAND & ELLIS LLP

AND AFFILIATED PARTNERSHIPS

R. Alexander Pilmer
To Call Writer Directly:
213 680-8405
apilmer@kirkland.com

777 South Figueroa Street
Los Angeles, California 90017

(213) 680-8400

www.kirkland.com

Facsimile:
(213) 680-8500

February 27, 2008

**VIA OVERNIGHT MAIL**

The Honorable Phyllis J. Hamilton
United States District Court
Courtroom 3, 17th Floor
450 Golden Gate Ave.
San Francisco, CA 94102

     *Re :*  *Trans Video Electronics, Ltd. v. The DIRECTV Group, Inc. et al.*
        *Case No. C 07 4125 PJH*

Dear Judge Hamilton:

  We write to advise you of our pending settlement in the above-referenced matter. The parties conducted a mediation before Judge Daniel Weinstein on February 8, 2008, at which mediation we reached an agreement in principle. We have agreed upon the terms of a written settlement agreement, and that settlement agreement is currently being circulated for signature. We expect the settlement agreement will be signed within a few days, and that we will be in a position to file a stipulated dismissal of the entire action by the end of next week. The court has

## KIRKLAND & ELLIS LLP

Hamilton, Judge Phyllis J.
February 27, 2008
Page 2

scheduled a case management conference for March 6, 2008, but we do not think it will be worth the Court's, or the parties', time to hold that conference.

Sincerely,

R. Alexander Pilmer
Counsel for Defendants
The DIRECTV Group, Inc.,
DIRECTV Holdings LLC

RAP/gkl
cc: John Sweeney, Esq.
    Serge Kolmykov
    Morgan & Finnegan, LLP
    Counsel For Plaintiff
    Trans Video Electronics, Ltd.

    Judge Daniel Weinstein
    JAMS in San Francisco

K&E 12290225.