UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TRANS VIDEO ELECTRONICS, LTD.,

    Plaintiff(s),                         No. C 07-04125 PJH

    v.                                   **CLERK'S NOTICE**

THE DIRECTV GROUP, INC.,

    Defendant(s).

_____/

    YOU ARE HEREBY NOTIFIED that on **April 3, 2008** at **2:30 p.m.**, in Courtroom No. 3 on the 17th floor of the Federal Building, 450 Golden Gate Avenue, San Francisco, California, the HONORABLE PHYLLIS J. HAMILTON will conduct the Case Management Conference **previously noticed for** March 6, 2008 , in this matter.  The date will be vacated upon the filing of a stipulated dismissal prior to the conference.

Richard W. Wieking
Clerk, U.S. District Court

by:_____
Nichole Heuerman, Deputy Clerk
Honorable Phyllis J. Hamilton
(415) 522-2023

Dated: February 28, 2008