R. Alexander Pilmer (CA Bar No. 166196)
Marc H. Cohen (CA Bar No. 168773)
KIRKLAND & ELLIS LLP
777 S. Figueroa Street
Los Angeles, CA 90017
Telephone: (213) 680-8400
Facsimile: (213) 680-8500
apilmer@kirkland.com
mcohen@kirkland.com

Attorneys for Defendants and Counterclaimants
THE DIRECTV GROUP, INC. and
DIRECTV HOLDINGS LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| Trans Video Electronics, Ltd., an Indiana Corporation,<br><br>　　Plaintiff,<br><br>　　v.<br><br>The DIRECTV Group, Inc., a Delaware Corporation; and DIRECTV Holdings LLC, a Delaware Corporation,<br><br>　　Defendants. | CASE NO. C07-4125 (PJH)<br><br>**STIPULATION AND ORDER RE DISMISSAL** |
| The DIRECTV Group, Inc., a Delaware Corporation; and DIRECTV Holdings LLC, a Delaware Corporation<br><br>　　Counterclaimants,<br><br>　　v.<br><br>Trans Video Electronics, Ltd., an Indiana Corporation,<br><br>　　Counter-defendant. | |

K&E 12583557.

Plaintiff and Counter-Defendant Trans Video Electronics, Ltd., and Defendants and Counterclaimants, The DIRECTV Group, Inc. and DIRECTV Holdings LLC hereby stipulate to an order dismissing this entire action with prejudice, with each party to bear its own attorneys' fees and expenses. The Court, having considered this request, is of the opinion that their request for dismissal should be granted.

IT IS THEREFORE ORDERED that all claims for relief asserted by Trans Video Electronics, Ltd. against The DIRECTV Group, Inc. and DIRECTV Holdings LLC are dismissed, with prejudice.

IT IS FURTHER ORDERED that all claims for relief asserted by The DIRECTV Group, Inc. and DIRECTV Holdings LLC against Trans Video Electronics, Ltd. are dismissed, with prejudice.

IT IS FURTHER ORDERED that all attorneys' fees, costs of court and expenses shall be borne by each party incurring the same.

Stipulated by:

Dated: March 18, 2008

TRANS VIDEO ELECTRONICS, Ltd.

By: _____
John F. Sweeney
Morgan & Finnegan
Counsel for Plaintiff/Counter-Defendant

Dated: March 14, 2008

The DIRECTV Group, Inc.
DIRECTV Holdings LLC

By: _____
R. Alexander Pilmer
Kirkland & Ellis LLP
Counsel for Defendants/Counterclaimaints

IT IS SO ORDERED.

Dated: March 19, 2008

_____
Honorable Phyllis J. Hamilton
United States District Judge

IT IS SO ORDERED.
Judge Phyllis J. Hamilton

-1-

STIPULATION AND ORDER RE DISMISSAL